UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL TREMAYNE LONDON,

    Plaintiff,

v.

RIVER ROUGE PD, *et al.*,

    Defendants.
_____/

Case No. 24-cv-10754
Hon. Matthew F. Leitman

## ORDER STRIKING PLAINTIFF'S NOTICE OF CONSENT AND REFERENCE OF CIVIL ACTION TO MAGISTRATE JUDGE (ECF No. 6)

On March 25, 2024, Plaintiff Randall Tremayne London filed this action against Defendants River Rouge Police Department, the Barton Morris Law Firm, and Wayne County. (*See* Compl., ECF No. 1.)  On April 1, 2024, London filed a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form with the Court. (*See* Notice, ECF No. 6.)  But the Court cannot make that referral unless all parties consent, and none of the Defendants have appeared in this action.  Thus, the Court will **STRIKE** London's Notice as premature.  London may re-file the Notice after Defendants appear in this case if and only if he obtains Defendants' consent.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  April 3, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2024, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan
                                                Case Manager
                                                (313) 234-5126