UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL TREMAYNE LONDON,

     Plaintiff,

                              Case No. 24-cv-10754

v.                           Hon. Matthew F. Leitman

RIVER ROUGE PD, *et al.*,

     Defendants.

_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED**.

                        KINIKIA ESSIX
                        CLERK OF COURT

                By:    s/Holly A. Ryan_____
                        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  December 20, 2024
Detroit, Michigan

1